UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>iFIT INC.,<br><br>Defendant. | Civil Action No. 2:23-cv-00917-MJH |

**PLAINTIFF'S MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS AND FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiff Blair Douglass, on behalf of himself and all others similarly situated, by and through his undersigned counsel, hereby moves for entry of an Order granting final approval of the parties' Amended Class Action Settlement Agreement ("Amended Agreement"). (Doc. 18-1.)

1. In support, Plaintiff submits the accompanying Memorandum in Support of Plaintiff's Motion for Final Approval of Class Action Settlement.

2. Plaintiff respectfully requests that the Court approve the Amended Agreement as fair, reasonable, and adequate and enter the Final Approval Order in the form accompanying this motion.

3. Plaintiff understands that Defendant will file a separate statement indicating its position as to the relief requested herein.

| | |
|---|---|
| Dated: March 8, 2024 | */s/ Stephanie Moore* |
| | Kevin Tucker (He/Him) (PA 312144) |
| | Kevin J. Abramowicz (PA 320659) |
| | Chandler Steiger (She/Her) (PA328891) |
| | Stephanie Moore (She/Her) (PA 329447) |
| | **EAST END TRIAL GROUP LLC** |
| | 6901 Lynn Way, Suite 215 |

Pittsburgh, PA 15208
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

*Counsel for Plaintiff and Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2024, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of such filing to all counsel of record.

Dated: March 8, 2024

*/s/ Stephanie Moore*
Stephanie Moore