UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>iFIT INC.,<br><br>Defendant. | Case No. 2:23-cv-00917-MJH |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Blair Douglass and Defendant iFIT Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), jointly move the Court to dismiss this action with prejudice:

1. On April 11, 2024, the Court granted final approval of the parties' class action settlement agreement ("Order"). (Doc. 29.)

2. The Court's Order requires the Parties dismiss the lawsuit with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure no later than forty-five (45) days following the date of Final Approval and Defendant's payment of fees pursuant to the Amended Agreement, whichever occurs later. (*Id*. at ¶ 10.)

3. The Court's Order also requires that the dismissal be made pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am*., 511 U.S. 375 (1994), such that the Court's dismissal order expressly retains the Court's jurisdiction to enforce the class action settlement agreement against all Parties. (*Id*.)

4. In light of the foregoing, the Parties hereby jointly move for this action to be DISMISSED with prejudice, and with each party bearing their own costs and fees incurred in

connection with this action, except as provided in the Court's Order Granting Plaintiff's Motion For Attorneys' Fees And Incentive Award. (Doc. 28.)

5. The Parties request the Court's dismissal be made pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), such that the Court shall retain jurisdiction to enforce the class action settlement agreement against all Parties.

Respectfully Submitted,

**Counsel for Plaintiff and Class:**

*/s/ Stephanie Moore*
Kevin W. Tucker (He/Him) (PA 312144)
Kevin J. Abramowicz (PA 320659)
Chandler Steiger (She/Her) (PA 328891)
Stephanie Moore (She/Her) (PA 329447)
EAST END TRIAL GROUP LLC
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

**Counsel for Defendant:**

*/s/ Claire J. Evans*
Claire J. Evans (PA Bar No. 90091)
Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
(202) 719-7000
cevans@wileylaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, June 12, 2024, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully Submitted,

Dated: June 12, 2024   */s/ Stephanie Moore*

Stephanie Moore (She/Her) (PA 329447)