# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>iFIT INC.,<br><br>Defendant. | Case No. 2:23-cv-00917-MJH |

## ORDER GRANTING THE PARTIES' JOINT MOTION FOR DISMISSAL WITH PREJUDCE

AND NOW, this 13th day of June, 2024, upon consideration of the Parties' Joint Motion For Dismissal With Prejudice, it is hereby ORDERED that said Motion is GRANTED. The action is hereby dismissed with prejudice. Pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), the Court shall retain jurisdiction to enforce the class action settlement agreement against all Parties.

BY THE COURT:

_____
HON. MARILYN J. HORAN
United States District Judge